**DISMISS; Opinion Filed December 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01095-CV

**AERO COUNTRY EAST ASSOCIATION, INC. AND HEAVY VENTURES, LLC, Appellants**
**V.**
**AERO COUNTRY PROPERTY OWNERS' ASSOCIATION, INC., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04018-2013**

## MEMORANDUM OPINION

Before Justices Lang, Brown, and Richter[1]
Opinion by Justice Lang

The Court has before it appellants' December 10, 2015 motion to dismiss the appeal in which appellants state the parties have agreed to a dismissal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

141095F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

---

[1] The Hon. Martin Richter, Justice, Assigned



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

AERO COUNTRY EAST ASSOCIATION, INC. AND HEAVY VENTURES, LLC, Appellants

No. 05-14-01095-CV          V.

AERO COUNTRY PROPERTY OWNERS' ASSOCIATION, INC., Appellee

On Appeal from the 429th Judicial District Court, Collin County, Texas
Trial Court Cause No. 429-04018-2013.
Opinion delivered by Justice Lang.   Justices Brown and Richter participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee AERO COUNTRY PROPERTY OWNERS' ASSOCIATION, INC. recover its costs of this appeal from appellants AERO COUNTRY EAST ASSOCIATION, INC. AND HEAVY VENTURES, LLC.

Judgment entered this 18th day of December, 2015.